# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800846961 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 20, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32033381719 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Berry Good Labs, LLC | | |
| **Address:** | 900 E OLD SETTLERS BLVD STE 180 ROUND ROCK, TX 78664-2523 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| July 12, 2018 | MARY BERRY | | MANAGING MEMBER | 2000 HERTIAGE WELL LANE PFLUGERVILLE, TX 78660 USA | |

[Order] [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT 1

Form 205
(Revised 01/06)

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $300**



**Certificate of Formation
Limited Liability Company**

This space reserved for office use.

**FILED**
In the Office of the
Secretary of State of Texas

**JUL 20 2007**

**Corporations Section**

---

### Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

Berry Good Labs, LLC

The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.

### Article 2 – Registered Agent and Registered Office
(Select and complete either A or B and complete C)

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

OR

☒ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| Mary | E. | Berry | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

C. The business address of the registered agent and the registered office address is:

| 2000 Heritage Well Ln. | Pflugerville | TX | 78660 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

### Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☐ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☒ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

**NAME OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

| Mary | E. | Berry | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

OR

IF ORGANIZATION

Organization Name

**ADDRESS OF GOVERNING PERSON**

| 2000 Heritage Well Ln. | Pflugerville | TX | USA | 78660 |
|---|---|---|---|---|
| Street or Mailing Address | City | State | Country | Zip Code |

RECEIVED
JUL 20 2007
Secretary of State

Form 205                        4

# EXHIBIT 1

| NAME OF GOVERNING PERSON (Enter the name of either an individual or an organization, but not both.) ||||||
|---|---|---|---|---|---|
| IF INDIVIDUAL ||||||
| Chase | C. | Berry ||| |
| *First Name* | *M.I.* | *Last Name* ||| *Suffix* |
| OR ||||||
| IF ORGANIZATION ||||||
|  |||||| 
| *Organization Name* ||||||
| **ADDRESS OF GOVERNING PERSON** ||||||
| 2000 Heritage Well Ln. || Pflugerville | TX | USA | 76880 |
| *Street or Mailing Address* || *City* | *State* | *Country* | *Zip Code* |

| NAME OF GOVERNING PERSON (Enter the name of either an individual or an organization, but not both.) ||||||
|---|---|---|---|---|---|
| IF INDIVIDUAL ||||||
|  |  |  ||| |
| *First Name* | *M.I.* | *Last Name* ||| *Suffix* |
| OR ||||||
| IF ORGANIZATION ||||||
|  |||||| 
| *Organization Name* ||||||
| **ADDRESS OF GOVERNING PERSON** ||||||
|  ||  |  |  |  |
| *Street or Mailing Address* || *City* | *State* | *Country* | *Zip Code* |

**Article 4 – Purpose**

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

**Supplemental Provisions/Information**

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

# EXHIBIT 1

| Organizer |
|---|

The name and address of the organizer:

<u>Mary E. Berry</u>
*Name*

| 2000 Heritage Well Ln. | Pflugerville | TX | 76880 |
|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Zip Code* |

| Effectiveness of Filing (Select either A, B, or C.) |
|---|

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

| Execution |
|---|

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date:   July 18, 2007

*Signature of organizer*

Form 205                                                                 6