IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SERFACE CARE, INC. d/b/a MYRO §<br>§<br>*Plaintiff/Counter-defendant*, §<br>§<br>vs. §<br>§ Case No. 1:20-cv-948-RP<br>BERRY GOOD LABS, LLC d/b/a TEXAS §<br>BEAUTY LABS a/k/a THE GOODKIND §<br>CO. §<br>§<br>*Defendant/Counter-plaintiff.* § | |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(ii)**

Plaintiff/Counter-defendant, Serface Care, Inc. d/b/a Myro ("Myro") and Defendant/Counter-plaintiff, Berry Good Labs, LLC d/b/a Texas Beauty Labs a/k/a The Goodkind Co. ("TBL") (collectively, the "Parties") hereby join in this stipulation of voluntary dismissal without prejudice.

1. Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure permits the Parties to dismiss claims and counterclaims without prejudice without an order of the Court if all parties who have appeared sign a stipulation of dismissal.

2. Myro hereby announces to the Court that it is dismissing all of its claims against TBL in this action without prejudice pursuant to Rule 41(a)(1)(A)(ii).

3. Likewise, TBL hereby announces to the Court that it is dismissing all of its counterclaims against Myro in this action without prejudice pursuant to Rule 41(a)(1)(A)(ii).

4. The Parties agree to bear their own costs incurred in connection with this action.

Dated:  December 18, 2020	Respectfully submitted,

LAMBOURN LAW FIRM, PLLC

*/s/ Robin R. Lambourn*
_____
Robin R. Lambourn
Texas Bar No. 24055814
LAMBOURN LAW FIRM, PLLC
P.O. Box 9123
Denver, Colorado 80209
Telephone: (720) 507-1590
Facsimile: (720) 634-1050
E-Mail:  rlambourn@lambournlaw.com

ATTORNEY FOR PLAINTIFF/COUNTER-DEFENDANT SERFACE CARE, INC. D/B/A MYRO

*/s/ W. Reid Wittliff*
_____
W. Reid Wittliff
Texas Bar No. 00791951
reid@wittliffcutter.com
Kayna Stavast Levy
Texas Bar No. 24079388
kayna@wittliffcutter.com
WITTLIFF | CUTTER PLLC
1209 Nueces Avenue,
Austin, Texas 78701
T: (512) 960-4865
F: (512) 960-4869

ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF, BERRY GOOD LABS, LLC D/B/A TEXAS BEAUTY LABS A/K/A THE GOODKIND CO.

## **CERTIFICATE OF SERVICE**

I certify that on December 18, 2020, the foregoing was filed electronically and served on all counsel of record via the Court's CM/ECF system.

*/s/ W. Reid Wittliff*
_____
W. Reid Wittliff

2